UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21733-CV-WILLIAMS

BRADLEY KING, *et al.*,

    Plaintiffs,

v.

CITY NATIONAL BANK OF FLORIDA,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on the Parties' Joint Motion to Approve FLSA Settlement and to Dismiss Action with Prejudice (DE 23) ("***Motion***").

In this Fair Labor Standards Act (FLSA) action, the Parties request that the Court approve their Settlement Agreement. To approve the Settlement Agreement, the Court must determine that the compromise is a fair and reasonable resolution of a bona fide FLSA dispute. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Furthermore, where a plaintiff is represented by counsel, review of the reasonableness of attorneys' fees serves to "assure both that counsel is compensated adequately and that no conflict of interest taints the amount the wronged employee recovers under a settlement agreement." *Silva v. Miller*, 307 Fed. App'x 349, 351 (11th Cir. 2009).

The Settlement Agreement (DE 23-1), provided to the Court by the Parties, states that: (1) Plaintiff Bradley King will receive $28,067.58 in unpaid wages and $28,067.58 in liquidated damages; (2) Plaintiff David Hager will receive $27,801.64 in unpaid wages

and $27,801.64 in liquidated damages; (3) Plaintiff Sharon Peacock will receive $19,501.44 in unpaid wages and $19,501.44 in liquidated damages; and (4) Plaintiffs' counsel will receive $75,370.66 in attorney's fees and costs. Having carefully reviewed the Motion, the record, and applicable law, the Court finds that the compromise reached by the Parties is a fair and reasonable resolution of this dispute. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Parties' Joint Motion to Approve FLSA Settlement and to Dismiss Action with Prejudice (DE 23) is **GRANTED**.

2. The Parties' Settlement Agreement is **APPROVED**.

3. Plaintiffs' claims against Defendants City National Bank of Florida are **DISMISSED WITH PREJUDICE** with each side to bear its own fees and costs except as otherwise provided in the Settlement Agreement.

4. The Court will maintain jurisdiction to enforce the terms of the Settlement Agreement for thirty (30) days from the date of this Order.

5. This case shall remain closed.

**DONE AND ORDERED** in chambers in Miami, Florida on this 21st day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE